Timothy T. Brock (TB-4718)
Abigail Snow (AS-2960)
SATTERLEE STEPHENS BURKE & BURKE LLP
Counsel for the Joint Official Liquidators
230 Park Avenue
New York, New York 10169
(212) 818-9200

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                                        :
In re:                                                                  :
                                                                        : Chapter 15
BANCREDIT CAYMAN LIMITED (IN LIQUIDATION)                               :
                                                                        : Case No. 06-11026 (SMB)
                    Debtor,                                             :
                                                                        :
------------------------------------------------------------------------x

## NOTICE OF APPEAL

Richard Fogerty and G. James Cleaver, the Joint Official Liquidators and recognized Foreign Representatives (the "Foreign Representatives") of Bancredit Cayman Limited (in Liquidation) (the "Debtor"), through their attorneys Satterlee Stephens Burke & Burke LLP, hereby appeal to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. § 158(a) from the "Order Denying Application to Amend Supplemental Recognition Order," entered in the Court's electronic docket on October 17, 2007, and the "Memorandum Decision and Order Denying Motion for Reargument," entered in the Court's electronic docket on November 2, 2007, and each and every part of such orders.

It is the Foreign Representatives belief that there are no parties to the order appealed from other than the Foreign Representatives. Nevertheless, the Foreign Representatives identify herein potential parties to the appeal, Rolando Gonzalez-Bunster and Remington Summit, L.C. (the "Remington Defendants"). Through their attorneys, the

712481_1

Remington Defendants filed limited opposition to the Foreign Representatives' Application, seeking to clarify that nothing in the Application would affect a settlement entered into by the Remington Defendants in an action in the United States District Court for the Eastern District of Texas. The Limited Objection was consensually resolved prior to the hearing on the Application.

        Accordingly, the Foreign Representatives represent that the potential parties to the order appealed from and the names and addresses of their respective attorneys are as follows:

        WHITE & CASE LLP
*Counsel for Remington Summit, L.C. and*
*Rolando Gonazalez-Bunster*
200 South Biscayne Boulevard
Miami, Florida 33131
Tel: (305) 371-2700

        Attn:  Gerard Uzzi (GU-2297)
                 David P. Draigh (DD-6068)

Dated: New York, New York
       November 13, 2007

        SATTERLEE STEPHENS BURKE & BURKE LLP
Counsel for the Joint Official Liquidators

        By:   /s Timothy T. Brock
               Timothy T. Brock (TB-4718 )
               Abigail Snow (AS-2960)
230 Park Avenue
New York, New York 10169
(212) 818-9200

712481_1