UNITED STATES District COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
In re:                                                        :
                                                              :  Chapter 15
BANCREDIT CAYMAN LIMITED (IN LIQUIDATION)                     :
                                                              :  Case No. 06-11026 (SMB)
           Debtor,                                            :
                                                              :
--------------------------------------------------------------x
In re:                                                        :
                                                              :
BANCREDIT CAYMAN LIMITED (IN LIQUIDATION)                     :  Case No. 1:07-cv-11338-LAK
                                                              :
           Debtor-Appellant.                                  :
--------------------------------------------------------------x

FILED U.S. DC
MAY 02 2008
S.D. OF N.Y.

## Notice of Appeal to the United States Court of Appeals for the Second Circuit

Richard Fogerty and G. James Cleaver, the Joint Official Liquidators and recognized Foreign Representatives (the "Foreign Representatives") of Bancredit Cayman Limited (in Official Liquidation) (the "Debtor"), through their attorneys Satterlee Stephens Burke & Burke LLP, hereby appeal to the United States Court of Appeals for the Second Circuit from the final judgment of the District Court for the Southern District of New York, entered in this case on April 2, 2008, affirming the orders of the Bankruptcy Court for the Southern District of New York denying the Foreign Representatives motion to amend the Supplemental Recognition Order in the underlying bankruptcy case.

The only parties to the judgment appealed from are the Foreign Representatives of the Debtor.

Dated: New York, New York
       May 2, 2008

                                SATTERLEE STEPHENS BURKE & BURKE LLP
                                Counsel for the Foreign Representatives

                                By: _____
                                    Timothy T. Brock (TB-4718)
                                    230 Park Avenue
                                    New York, New York 10169
                                    (212) 818-9200

732799_1